Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Charlotte Louise McQueen | § | |
| | § | CASE NO.: 08-70370-HDH-13 |
| | § | |
| Debtor | § | |

## DEBTOR(S) CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

   F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

   G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.  I have made all payments required by my confirmed chapter 13 plan.

/s/Charlotte Louise McQueen
Debtor

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

## NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE CLOSE OF BUSINESS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDER TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2014, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 08-70370-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Wed Jan 8 09:11:48 CST 2014 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| ACE Cash Express<br>3605 Kemp Blvd<br>Wichita Falls, TX 76308-2113 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | BURKBURNETT INDEPENDENT SCHOOL DISTRICT<br>CO PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CITY OF BURKBURNETT<br>CO PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Capitol Loans<br>3100 Seymour Highway<br>Wichita Falls, TX 76301-1850 |
| Cash AdvantEdge No. 92304<br>RAC Legal Dept.<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 | Cash Advantage<br>2708 Southwest Parkway<br>Wichita Falls, Texas 76308-3727 | Check N Go<br>2314 Airport Drive<br>Wichita Falls, TX 76306-2860 |
| Citifinancial<br>1111 Northpoint Dr.<br>Coppell, TX 75019-3831 | City of Burk-ISD-Wichita County<br>CO Harold Lerew<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 | Cottonwood Financial Texas, LP<br>1901 Gateway Drive<br>Suite 200<br>Irving, TX 75038-2425 |
| ER Solutions-AT & T Wireless<br>PO Box 9004<br>Renton, WA 98057-9004 | EZMONEY Payday Loans<br>2603 5th Steet<br>Wichita FAlls TX 76301-1935 | East Bay Funding, LLC<br>CO Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 |
| GEMB - Walmart<br>Attention: Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076-9106 | Gold Star Finance<br>927 Indiana Ave<br>Wichita Falls, Texas 76301-6714 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding LLC<br>CO Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)SECURITY FINANCE CENTRAL BANKRUPTCY<br>P O BOX 1893<br>SPARTANBURG SC 29304-1893 |
| Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Rent a Center<br>2708 SW Parkway<br>Wichita Falls, TX 76308-3727 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Sams Club<br>Attention: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30076-9104 |

```
Service Loans                    (p)COTTONWOOD FINANCIAL DBA THE CASH STORE AN    WICHITA COUNTY & CITY OF BURKBURNETT
2605 5th Street, Suite H         1901 GATEWAY DRIVE                                CO PERDUE BRANDON FIELDER COLLINS & MOT
Wichita Falls, TX 76301-1900     SUITE 200                                         PO BOX 8188
                                 IRVING TX 75038-2425                              WICHITA FALLS TX 76307-8188


Charlotte Louise McQueen         Monte J. White                                    Walter 12,13 OCheskey
104 Maxwell                      Monte J. White & Associates, P.C.                 6308 Iola Avenue
Burkburnett, TX 76354-2102       1106 Brook Avenue                                 Lubbock, TX 79424-2735
                                 Wichita Falls, TX 76301-5009
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AmeriCredit Financial Services, Inc.    (d)Americredit              CAPITAL ONE BANK -USA, N.A.
PO Box 183853                           PO Box 183853               CO TSYS DEBT MANAGEMENT -M
Arlington, TX 76096                     Arlington, TX 76096         PO BOX 5155
                                                                    NORCROSS, GA  30091


(d)Capital One Bank                     IRS Special Procedures      Maverick Finance
Attn: CO TSYS Debt Management           1100 Commerce St., Room 951 Po Drawer 811
PO Box 5155                             Mail Stop 5029 DAL          Spartanburg, SC 29304
Norcross, GA 30091                      Dallas, TX 75246


Portfolio Recovery Associates, LLC      (d)SFC- Central Bankruptcy  The Cash Store
P.O. Box 41067                          209 DAWSON RD. STE. 4B      3900 Sheppard Access Rd
Norfolk, VA 23541                       COLUMBIA, SC. 29223         Wichita Falls, TX 76308
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)East Bay Funding, LLC                (d)LVNV Funding LLC         End of Label Matrix
CO Resurgent Capital Services           CO Resurgent Capital Services   Mailable recipients   35
PO Box 288                              PO Box 10587                Bypassed recipients    2
Greenville, SC 29602-0288               Greenville, SC  29603-0587  Total                 37
```