IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 08-70370-HDH-13 |
| | DATED: January 17, 2014 |
| CHARLOTTE LOUISE MCQUEEN | |
| | HEARING DATE: January 16, 2014 |
| | HEARING TIME: 10:00 AM |

---

### NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE
---

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS WITH PREJUDICE" dated 12-09-2013.

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss with Prejudice was this date served on the following parties electronically or by U.S first class mail:

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

| | |
|---|---|
| Debtor Attorney | United States Trustee |
| MONTE J WHITE | William T. Neary |
| ATTORNEY AT LAW | 1100 Commerce Street, Rm 9C60 |
| 1106 BROOK AVE HAMILTON PLACE | Dallas, TX 75242 |
| WICHITA FALLS TX 76301-0000 | |

| | |
|---|---|
| Debtor1: | Debtor 2: |
| CHARLOTTE LOUISE MCQUEEN | |
| 104 MAXWELL | |
| BURKBURNETT TX 76354 | |